Order issued December ⌐1 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01095-CV

JANOS FARKAS, Appellant

V.

AURORA BANK FSB AND FEDERAL NATIONAL
MORTGAGE ASSOCIATION, Appellees

## ORDER

Because volume 9 of the clerk's record filed electronically October 18, 2012 is defective, and a corrected volume 9 was filed December 5, 2012, we **STRIKE** the original volume 9 from the record of this cause.

ELIZABETH LANG-MIERS
JUSTICE